# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                    CIVIL ACTION NO.:

                      Plaintiff,                    HONORABLE:

vs.

BETTY LOU SCHWARTZ
AKA BETTY L. SCHWARTZ,
BETTY SCHWARTZ,

                      Defendant,

---

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1.      This court has jurisdiction over the subject matter of this action

pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2.      The defendant is a resident of Macomb County, Michigan within the

jurisdiction of this Court and may be served with service of process at 19809 22

Mile Rd Macomb, MI 48044-1711.

### The Debt – Account No. 2017A14973

3.  The debt owed to the United States of America is as follows:

A. Current Principal *(after application of all prior payments, credits, and offsets)*     $3,761.40

B. Current Capitalized Interest Balance and Accrued Interest     $1,494.46

Owed     $5,255.86

## The Debt – Account No. 2017A15134

4. The debt owed to the United States of America is as follows:

A. Current Principal *(after application of all prior payments, credits, and offsets)*     $8,745.30

B. Current Capitalized Interest Balance and Accrued Interest     $3,326.26

Owed     $12,071.56

**Total Owed**     **$17,327.42**

The Certificates of Indebtedness, attached as Exhibit "A and B", shows the total owed excluding attorney's fees and CIF charges. The principal balance and interest balance shown on the Certificate of Indebtedness is correct as the date of the Certificate of Indebtedness after application of all prior payments, credits and offsets. Prejudgment interest accrues on account 2017A14937 at the rate of 3.6% and on account 2017A15134 at the rate of 3.450% per annum.

## Failure to Pay

5. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A.     For the sums set forth in paragraphs 3 and 4 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full;

B.     For attorney's fees to the extent allowed by law;

C.     Filing fee of $400.00 as premitted by 28 U.S.C. § 2412(a)(2); and,

D.     For such other relief which the Court deems proper.

Respectfully submitted,

By:  */s/ Craig S. Schoenherr, Sr.*
    CRAIG S. SCHOENHERR, SR. (P32245)
    Attorney for Plaintiff
    O'Reilly Rancilio PC
    12900 Hall Rd Ste 350
    Sterling Heights, MI  48313
    Phone: (586) 726-1000
    Fax: (586) 726-1560
    cschoenherr@orlaw.com

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 2

Betty Lou Schwartz
"aka": Betty L. Schwartz, Betty Schwartz
19809 22 Mile Rd.
Macomb, MI. 48044-1711
Account No. XXXXX9670

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 08/23/16.

On or about 08/25/92, the BORROWER executed promissory note(s) to secure loan(s) of $4,635.00 from First National Bank in Macomb County, Mt. Clemens, MI. This loan was disbursed for $2,625.00 on 09/24/92 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by Michigan Higher Education Assistance Authority, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 07/14/05, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,761.40 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b) (4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 08/08/11, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

Principal:        $3,761.40
Interest:         $1,434.49
Total debt as of 08/23/16:        $5,195.89

Interest accrues on the principal shown here at the current rate of 3.60 % and a daily rate of $0.37 through June 30, 2017, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  ___10/20/16___

Loan Analyst
Litigation Support Unit

Gin Say Chan
Loan Analyst

EXHIBIT

A



# MICHIGAN
## Guaranty Agency

### INDEMNIFICATION AGREEMENT FOR THE ASSIGNMENT OF FEDERAL FAMILY EDUCATION LOAN WITH DAMAGED PROMISSORY NOTE OR PROMISSORY NOTE WITH UNINITIALED ALTERATIONS

Borrower's Current Name:      SCHWARTZ BETTY L
                             (Last, First, Middle)

Borrower's Previous Name:     
                             (Last, First, Middle)

Borrower's Correct SSN:       ████9670

First Disbursement Date:      09/24/1992

Last Disbursement Date:       12/07/1992

Disbursement Amount:          $2625.00                    01

In assigning Stafford Student Loans/Supplemental Loans for Students/Parent (PLUS) Loans/Consolidated Loans to the Secretary of Education (hereinafter "the Secretary"), the Michigan Guaranty Agency (hereinafter "Guaranty Agency") agrees that if any loan assigned to the Secretary by the Guaranty Agency without an original promissory note or certified true copy in good condition should become uncollectible by reason of such damaged promissory note or because it contains alterations without the borrower's initials, or if the Secretary, in his sole discretion, determines that the loan cannot be enforced because of the damaged or altered promissory note, the Secretary is entitled to recover from the Guaranty Agency the amount of reinsurance attributable to such loan previously paid to the Guaranty Agency, plus interest from the date the reinsurance was paid. The Secretary may recover amounts due under this agreement by withholding such amounts from any payments due to the Guaranty Agency from the Department of Education.

The Guarantee Agency also agrees that the assignment of any loan covered by this Agreement includes the assignment to the Secretary of any rights held by the Guaranty Agency under any indemnification agreement or warranty executed by the lender in favor of the Guaranty Agency (lender indemnification agreement). In the event the Secretary recovers from the Guaranty Agency the amount paid in reinsurance for a loan covered by this agreement, the Secretary will release to the Guaranty Agency his rights in the applicable lender indemnification agreement.

July 6, 2011
Date

_Michelle Spitzley_
Signature of Guaranty Agency Official

Michelle L. Spitzley, Collections Analyst

Print Name and Title

MICHIGAN GUARANTY AGENCY
Application and Promissory Note for a Stafford Loan

20-688963

SCHWARTZ BETTY L
19809 22 MILE RD
MT CLEMENS MI 48044

313-263-5888

SEE INSTRUCTIONS ON THE FRONT OF THIS BOOKLET FOR ITEM 16.
16. PERMANENT RESIDENT OF / MI / SINCE MONTH / / / YEAR / 53/

Promissory Note for a Stafford Loan

X Betty Schwartz   3/31/93

OAKLAND UNIVERSITY
WALTON AND SQUIRREL ROADS
ROCHESTER MI 48309-4401

6/99       9/01/93 - 4/27/94

FIRST NATIONAL BANK IN
MACOMB COUNTY

Poor Source Original
Document Retained

"The undersigned does hereby sell, assign, transfer, and set over unto the Michigan Higher Education Assistance Authority its interest in this note."

Nelnet Loan Services, Inc.
An authorized agent of:

Lending Institution: _Nelnet Student Loan Trust_

Name and title of lending officer: _Kanda Planter / Appeals Technician_

Authorized signature: _Kanda Planter_

Date Signed: _5/17/05_

I declare under penalty of perjury that the foregoing is a True and Correct copy of the original Promissory Note.

Signed: _Kanda Planter_

Title: _Appeals Technician_

Date: _5/17/05_

"I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS A TRUE AND CORRECT COPY
OF THE ORIGINAL PROMISSORY NOTE."
SIGNATURE _____
MICHELLE L. SPITZLEY
COLLECTIONS ANALYST
MHEAA/MGA, CLAIMS & COLLECTIONS
DATE_____

```
ALC15                     EAGLE II - MICHIGAN                07/06/2011
ALX15               ACCOUNT/LOAN MAINTENANCE                  11:52:29
2027                SELECT LOAN DISBURSEMENT                    GMI226
                                                              PAGE    1
LOAN ID       MI-008837701   LOAN PRD    09/07/1993 - 04/27/1994 DSBR ADD-GA?
SSN              -9670       PERSON      SCHWARTZ, BETTY L
ABBR LN PRGM  STFS          BORROWER?  Y   STUDENT? Y   COSIGNER/ENDORSER? N
FORM TYPE     PRE-C STAF     GUAR RDCTN   APPROVED REQUESTED AMOUNT
LOAN STAT     REP            CURR LN AMT    2,625.00  ORIG FEE BYDN ST CD

        ---------DISBURSEMENT--------  FED DFLT    LNDR    ORGN GUAR CNCL GUAR
SEL SEQ  DATE      STAT   CURR AMT        FEE        FEE     FEE   RSN     APVL
 _  01 11/01/1993 ACTV    1,313.00       0.00       0.00    39.39
 _  02 12/06/1993 ACTV    1,312.00       0.00       0.00    39.36



TS000004 STARTED FROM FIRST RECORD                     1 OF    1

PF2=INQ PF9=PRMPT PF10=DTLS PF12=RTRN PF15=MDFR PF16=MDSBA PF17=MLNS PF18=CRGR
PF19=CRDSB PF20=MLNAD PF21=SLRLN PF22=MDNSC PF23=MACT PF24=SACHI CMD: INQ
```

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #2 OF 2

Betty Lou Schwartz
"aka": Betty L. Schwartz, Betty Schwartz
19809 22 Mile Rd.
Macomb, MI. 48044-1711
Account No. XXXXX9670

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 08/23/16.

On or about 03/16/93 and 07/01/94, the BORROWER executed promissory note(s) to secure loan(s) of $3,500.00 and $3,500.00 from First National Bank in Macomb County, Mt. Clemens, MI. This loan was disbursed for $2,625.00 on 11/01/93 and $3,500.00 on 12/28/94 at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by Michigan Higher Education Assistance Authority, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 07/14/05, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $8,745.30 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b) (4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 08/08/11, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

Principal:        $8,745.30
Interest:         $3,192.63
Total debt as of 08/23/16:        $11,937.93

Interest accrues on the principal shown here at the current rate of 3.45 % and a daily rate of $0.83 through June 30, 2017, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/20/16

Loan Analyst
Litigation Support Unit

Gin Say Chan
Loan Analyst



EXHIBIT

B



# MICHIGAN
## Guaranty Agency

### INDEMNIFICATION AGREEMENT FOR THE ASSIGNMENT OF FEDERAL FAMILY EDUCATION LOAN WITH DAMAGED PROMISSORY NOTE OR PROMISSORY NOTE WITH UNINITIALED ALTERATIONS

Borrower's Current Name:     SCHWARTZ BETTY L
(Last, First, Middle)

Borrower's Previous Name:
(Last, First, Middle)

Borrower's Correct SSN:     9670

First Disbursement Date:     11/01/1993

Last Disbursement Date:     12/06/1993

Disbursement Amount:     $2625.00        03

In assigning Stafford Student Loans/Supplemental Loans for Students/Parent (PLUS) Loans/Consolidated Loans to the Secretary of Education (hereinafter "the Secretary"), the Michigan Guaranty Agency (hereinafter "Guaranty Agency") agrees that if any loan assigned to the Secretary by the Guaranty Agency without an original promissory note or certified true copy in good condition should become uncollectible by reason of such damaged promissory note or because it contains alterations without the borrower's initials, or if the Secretary, in his sole discretion, determines that the loan cannot be enforced because of the damaged or altered promissory note, the Secretary is entitled to recover from the Guaranty Agency the amount of reinsurance attributable to such loan previously paid to the Guaranty Agency, plus interest from the date the reinsurance was paid. The Secretary may recover amounts due under this agreement by withholding such amounts from any payments due to the Guaranty Agency from the Department of Education.

The Guarantee Agency also agrees that the assignment of any loan covered by this Agreement includes the assignment to the Secretary of any rights held by the Guaranty Agency under any indemnification agreement or warranty executed by the lender in favor of the Guaranty Agency (lender indemnification agreement). In the event the Secretary recovers from the Guaranty Agency the amount paid in reinsurance for a loan covered by this agreement, the Secretary will release to the Guaranty Agency his rights in the applicable lender indemnification agreement.

July 6, 2011
Date

Signature of Guaranty Agency Official

Michelle L. Spitzley, Collections Analyst

Print Name and Title

P. O. Box 30047 • Lansing, MI 48909 • (800) MGA-LOAN • Fax (517) 636-0655
mga@michigan.gov • Michigan Higher Education Assistance Authority • Michigan.gov/mistudentaid

20-69948

## Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

**MICHIGAN GUARANTY AGENCY** MI

**PROC CODES: MKT94**

Please print neatly or type. Read the instructions carefully.

### Borrower Section

| 1. Last Name SCHWARTZ | First Name BETTY | | 2. Social Security Number 9670 |
|---|---|---|---|
| 3. Permanent Street Address (if P.O. Box, see instructions) 19009 22 MILE RD | | | 4. Telephone Number ( 313 ) 263-5886 |
| City MT. CLEMENS | State MI | Zip Code 48044 | 5. Driver's License Number (list state abbreviation first) MI S-632-085-549-047 |
| 7. Lender Name First National | City Mt. Clemens | State Mi | Zip Code 48094 | 9. Lender Code, if known 805931 |

6. Loan Period (Month/Day/Year) From 9-94 To 4-75

8. Date of Birth (Month/Day/Year) 01/27/63

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent or legal guardian if living. Both references must be completed fully.

| | 1. Magalene oliver | 2. Eileen Champine |
|---|---|---|
| Name | | |
| Permanent Address | 21456 Wendell Dr. | 20914 S. Miles |
| City, State, Zip Code | Clinton Twp. Mi. 48026 | Clinton Twp. Mi. 48026 |
| Area Code/Telephone | (810) 463-7617 | (810) 469-4209 |
| Relationship to Borrower | Mother | old friend |

### Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible (see instructions):  ☒ a. Subsidized Federal Stafford  ☐ b. Unsubsidized Federal Stafford

12. I request a total amount smaller than a loan types not to exceed (see instructions for loan maximums): My school will certify my eligibility for each loan type for which I am applying. The amount and other details of my loan(s) will be described to me in a disclosure statement.  $ 3,500.00

13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. If I check no, I do not wish to defer repayment.  ☒ a. Yes, I want a deferment  ☐ b. No, I do not want a defer-ment

14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). If I check no, I prefer to pay the interest.  ☒ a. Yes, I want my interest capitalized  ☐ b. No, I prefer to pay the interest

15. If any school participates as a electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account.  ☒ a. Yes, transfer funds  ☐ b. No, do not transfer funds

### Promissory Note

*Continued on the reverse side.*

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Promissory Note and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature *Betty Schwartz*    Today's Date (Month/Day/Year) 7-1-1994

### School Section

To be completed by an authorized school official.

| 17. School Name OAKLAND UNIVERSITY | 23. School Code/Branch 002307-00 | 24. Telephone Number ( 313 ) 370-3370 |
|---|---|---|
| 19. Street Address 161 NFH | 24. Cost of Attendance 8638.00 | 25. Recommended Disbursement Date(s) (Month/Day/Year) 1st 8/8/94  2nd 12/05/94 |
| City ROCHESTER | State MI | Zip Code 48309-4401 | 25. Federal Expected Family Contribution 7224.00 | |

20. Loan Period (Month/Day/Year) From 9/06/94 To 4/26/95

26. Estimated Financial Aid 950.00

29. School Certification (See box on the reverse side) *M. Joyce Dudley*

Print or Type Name, Title and Phone *M. Joyce Dudley, FAO*

28. Grade Level 2

27. Certified Loan Amounts  a. Subsidized $ 3500  b. Unsubsidized $ 0

12/05/94

21. Enrollment Status (Check one)  ☒ Full Time  ☐ At Least Half Time

☐ Check box if electronically transmitted to guarantor.

22. Anticipated Completion (Graduation) Date (Month/Day/Year) 4/30/97

### Lender Section

To be completed by an authorized lending official.

| 31. Lender Name FIRST NATIONAL BANK IN | 33. Lender Code/Branch 805931 | 32. Telephone Number ( 313 ) 465-2400 | 34. Lender Use Only RPT94 |
|---|---|---|---|
| Street Address 49 MACOMB STREET, BOX 248 | 36. Amounts Approved  a. Subsidized $ 3500  b. Unsubsidized $ 0 | |
| City MT. CLEMENS | State MI | Zip Code 48044 | 37. Signature of Authorized Lending Official *Carol A. Ihrem*, Consumer Lender | |

LD494    LENDER COPY

Poor Source Original Document Retained

"The undersigned does hereby sell, assign, transfer, and set over to the Michigan Higher Education Assistance Authority its interest in this note."

Nelnet Loan Services, Inc.
An authorized agent of:
Lending Institution: _Nelnet Student Loan Trust_
Name and title of lending officer: _Kenda Planter, Appeals Technician_
Authorized signature: _Kenda Planter_
Date Signed: _5/17/05_

I declare under penalty of perjury that the foregoing is a True and Correct copy of the original Promissory Note.

Signed: _Kenda Planter_

Title: _Appeals Technician_

Date: _5/17/05_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE."
SIGNATURE _____
MICHELLE L. SPITZLEY
COLLECTIONS ANALYST
MHEAA/MGA, CLAIMS & COLLECTIONS
DATE _1/6/1_

```
ALC15                        EAGLE II - MICHIGAN                07/06/2011
ALX15                     ACCOUNT/LOAN MAINTENANCE               11:52:26
2027                      SELECT LOAN DISBURSEMENT                GMI226
                                                                 PAGE   1
LOAN ID      MI-008837711   LOAN PRD   09/06/1994 - 04/26/1995 DSBR ADD-GA?
SSN              ████████670   PERSON     SCHWARTZ, BETTY L
ABBR LN PRGM   STFS          BORROWER?  Y   STUDENT? Y   COSIGNER/ENDORSER? N
FORM TYPE      94-95 STAF    GUAR RDCTN   APPROVED REQUESTED AMOUNT
LOAN STAT      REP           CURR LN AMT   3,500.00  ORIG FEE BYDN ST CD

          ---------DISBURSEMENT--------   FED DFLT      LNDR   ORGN GUAR CNCL GUAR
SEL SEQ DATE        STAT  CURR AMT          FEE          FEE    FEE  RSN      APVL
 _   01 12/28/1994 ACTV   3,500.00         35.00        0.00   105.00



TS000004 STARTED FROM FIRST RECORD                          1 OF   1

PF2=INQ PF9=PRMPT PF10=DTLS PF12=RTRN PF15=MDFR PF16=MDSBA PF17=MLNS PF18=CRGR
PF19=CRDSB PF20=MLNAD PF21=SLRLN PF22=MDNSC PF23=MACT PF24=SACHI CMD: INQ
```



# MICHIGAN
## Guaranty Agency

INDEMNIFICATION AGREEMENT FOR THE ASSIGNMENT OF FEDERAL
FAMILY EDUCATION LOAN WITH DAMAGED PROMISSORY NOTE
OR PROMISSORY NOTE WITH UNINITIALED ALTERATIONS

Borrower's Current Name:     SCHWARTZ BETTY L
                               (Last, First, Middle)

Borrower's Previous Name:
                               (Last, First, Middle)

Borrower's Correct SSN:     ████9670

First Disbursement Date:     12/28/1994

Last Disbursement Date:     12/28/1994

Disbursement Amount:     $3500.00                05

In assigning Stafford Student Loans/Supplemental Loans for Students/Parent (PLUS) Loans/Consolidated Loans to the Secretary of Education (hereinafter "the Secretary"), the Michigan Guaranty Agency (hereinafter "Guaranty Agency") agrees that if any loan assigned to the Secretary by the Guaranty Agency without an original promissory note or certified true copy in good condition should become uncollectible by reason of such damaged promissory note or because it contains alterations without the borrower's initials, or if the Secretary, in his sole discretion, determines that the loan cannot be enforced because of the damaged or altered promissory note, the Secretary is entitled to recover from the Guaranty Agency the amount of reinsurance attributable to such loan previously paid to the Guaranty Agency, plus interest from the date the reinsurance was paid. The Secretary may recover amounts due under this agreement by withholding such amounts from any payments due to the Guaranty Agency from the Department of Education.

The Guarantee Agency also agrees that the assignment of any loan covered by this Agreement includes the assignment to the Secretary of any rights held by the Guaranty Agency under any indemnification agreement or warranty executed by the lender in favor of the Guaranty Agency (lender indemnification agreement). In the event the Secretary recovers from the Guaranty Agency the amount paid in reinsurance for a loan covered by this agreement, the Secretary will release to the Guaranty Agency his rights in the applicable lender indemnification agreement.

July 6, 2011
Date

_Signature of Guaranty Agency Official_

Michelle L. Spitzley, Collections Analyst

Print Name and Title

P. O. Box 30047 • Lansing, MI 48909 • (800) MGA-LOAN • Fax (517) 636-0655
mga@michigan.gov • Michigan Higher Education Assistance Authority • Michigan.gov/mistudentaid

MICHIGAN GUARANTY AGENCY
Application and Promissory Note for a Stafford Loan

AG- X-000026-08 U

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097. 05962

**SECTION I — TO BE COMPLETED BY THE STUDENT**

| Social Security Number | Last Name, First, Middle Initial, Permanent Home Address | Birthdate |
|---|---|---|
| -9670 | Schwartz Betty L. | 01-17-63 |
| Driver's License MI S-132-085-549-047 | 19809 22 mile rd. Mt. Clemens, MI. 48044 | Area Code/Telephone Number 313-263-588 |

U.S. Citizenship Status (Check one) ☒ 1 Citizen ☐ 2 Eligible Non-Citizen   Alien ID Number

*Reference — You must provide 3 separate adult references with different addresses. If your Lender requires a cosigner, make the cosigner your first reference. (Carefully read instructions.)*

| Name Maggie Oliver | Name Eileen Champine | Name Donna Sabraw |
|---|---|---|
| Street Address 44291 Wendell | Street Address 20944 South Mile | Street Address 21082 Melborne |
| City, State, Zip Mt. Clemens MI 48044 | City, State, Zip Mt. Clemens MI 48043 | City, State, Zip Clinton Twp MI 48036 |
| Telephone (313) 463-7617 | Telephone (313) 469-0809 | Telephone (313) 465-2911 |
| Employer Housewife | Employer Real Estate Agent | Employer Receptionist |

| Intended Enrollment Status (Check one) ☒ 1 Full-time ☐ 2 At least half-time | Major Course of Study ENGINEERING | Requested Loan Amount 4,635 .00 | Loan Period for the Loan From 9-9238 493 |
| Have you ever defaulted on an education loan? (Check one) If yes, carefully read instructions and which required documentation. ☐ Yes ☒ No | Do you have any unpaid Stafford Loans or a Consolidation Loan with a Stafford portion (Check one If no, complete 13A through 13E.) ☐ Yes ☒ No |
| Total unpaid balance of your federal insured Student Loan 0 .00 | Use chart provided in instructions. | Grade level of your most recent Stafford Loan | Beginning and ending dates of your most recent Stafford Loan From N/A To |
| Total unpaid balance of all your Stafford Loans at any portion of your Stafford Loans included in a Consolidation Loan 0 .00 | Do you have any outstanding Stafford, PLUS or SLS Loans made for enrollment periods beginning before July 1, 1988 or a Consolidation Loan which recurs loans for enrollment periods beginning before such date? ☐ Yes ☒ No | Name and Address of Previous Lender, if any. N/A |

SEE INSTRUCTIONS ON THE FRONT OF THE BOOKLET FOR ITEM 16.
16. PERMANENT RESIDENT OF / MI / SINCE MONTH / 1 / YEAR / 63 /

**Promissory Note for a Stafford Loan**

I. Promise To Pay, I, the undersigned Borrower, promise to pay you or your order the amount disbursed plus interest as provided in Paragraph 10 of this Application of any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph 10. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

Note to Student: Terms of the Promissory Note continue on the reverse side. Retain Copy D for your records.

I understand that this is a Promissory Note, I will not sign this Promissory Note before reading it, including the writing on the reverse side, even if otherwise advised. As a Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign, by signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

X Betty Schwartz          8-25-92
Signature of Student Borrower          Date

**SECTION II — TO BE COMPLETED BY THE SCHOOL**

| Name and Address of School | School Code | Area Code/Telephone Number | Grade Level |
|---|---|---|---|
| OAKLAND UNIVERSITY ROCHESTER, MI 48301 | 002307 | 313-370-3370 | 1 |
| | Anticipated Completion Date Mo 4/96 | Enrollment Period Covered by Loan Mo Day Yr 9/8/92  Mo Day Yr 4/28/9 |

| Family Adjusted Gross Income .00 | Estimated Cost of Attendance for Loan Period 7780 .00 | Estimated Financial Aid for Loan Period .00 | Expected Family Contribution 2947 .00 | Difference (26 minus the sum of 28 and 20) 4635 .00 |
| Reduced Stafford Eligibility .00 | Recommended Disbursement Date(s) meet (as appropriate) 8/11/92  12/7/92 | | | |

Signature of Financial Aid Officer Lina R. Haywood  Lina R. Haywood FAO          9/11/9
Type of Print Name and Title

**SECTION III — TO BE COMPLETED BY THE LENDER**

| Name, City and State of Lending Institution | Lender Code | Area Code/Telephone Number | Loan Amount Approved |
|---|---|---|---|
| FIRST NATIONAL BANK IN MACOMB COUNTY 49 MACOMB STREET - BOX 248 MT. CLEMENS, MI 48043 | 803931 | 313-465-2400 | 4635 .00 |
| | Interest Rate 8-10 % | Anticipated Disbursement Date(s) Mo Day Yr  Mo Day Yr 081192  120792 | |

Authorized Lending Officer Carol A. Warn          Carol A. Warn, Consumer Lender Officer          9-16-92
Type of Print Name and Title          For Lender Use Only

© Copyright 1991 United Student Aid Funds, Inc. All Rights Reserved. This form is to be used only by USA Funds or its guarantor & serve to its named users.          LENDER COPY A

Poor Source Original Document Retained

"The undersigned does hereby sell, assign, transfer, and set over unto the Michigan Higher Education Assistance Authority its interest in this note."

Nelnet Loan Services, Inc.
An authorized agent of:

Lending Institution: _Nelnet Student Loan Trust_

Name and title of lending officer: _Karla Planter / Appeals Technician_

Authorized signature: _Karla Planter_

Date Signed: _5/17/05_

I declare under penalty of perjury that the foregoing is a True and Correct copy of the original Promissory Note.

Signed: _Karla Planter_

Title: _Appeals Technician_

Date: _5/17/05_

"I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS A TRUE AND CORRECT COPY
OF THE ORIGINAL PROMISSORY NOTE."

SIGNATURE _____
MICHELLE L. SPITZLEY
COLLECTIONS ANALYST
MHEAA/MGA, CLAIMS & COLLECTIONS
DATE_____6/10/11_____

```
ALC15                       EAGLE II - MICHIGAN                07/06/2011
ALX15                   ACCOUNT/LOAN MAINTENANCE                11:52:32
2027                    SELECT LOAN DISBURSEMENT                GMI226
                                                                PAGE   1
LOAN ID      MI-008837691    LOAN PRD    09/08/1992 - 04/28/1993 DSBR ADD-GA?
SSN               9670       PERSON      SCHWARTZ, BETTY L
ABBR LN PRGM STFS            BORROWER?   Y  STUDENT? Y   COSIGNER/ENDORSER? N
FORM TYPE    PRE-C STAF      GUAR RDCTN    APPROVED REQUESTED AMOUNT
LOAN STAT    REP             CURR LN AMT     2,625.00  ORIG FEE BYDN ST CD

       ----------DISBURSEMENT--------   FED DFLT      LNDR    ORGN GUAR CNCL GUAR
SEL SEQ  DATE      STAT   CURR AMT        FEE          FEE     FEE  RSN     APVL
 _  01 09/24/1992  ACTV   1,313.00       0.00         0.00    39.39
 _  02 12/07/1992  ACTV   1,312.00       0.00         0.00    39.36




TS000004 STARTED FROM FIRST RECORD                        1 OF   1

PF2=INQ PF9=PRMPT PF10=DTLS PF12=RTRN PF15=MDFR PF16=MDSBA PF17=MLNS PF18=CRGR
PF19=CRDSB PF20=MLNAD PF21=SLRLN PF22=MDNSC PF23=MACT PF24=SACHI CMD: INQ
```